IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

CHOON'S DESIGN LLC, a Michigan
limited liability company,

       Plaintiff,

v.

AYSUM LIFE, *et al.*,

       Defendants.

Case No. 2:24-cv-13321-FKB-APP
Honorable F. Kay Behm
Magistrate Judge Anthony P. Patti

**AMBURN LAW PLLC**
By:   Dean W. Amburn (P46427)
400 Renaissance Center, Suite 2111
Detroit, Michigan 48243
Phone: (313) 612-2111 Office
        (248) 212-2777 Mobile
Email: DWA@AmburnLaw.com

*Attorneys for Plaintiff*

### ORDER UNSEALING CASE

The Court, having previously temporarily sealed this case (ECF No. 16), and the Plaintiff now stipulating to unseal the case, orders that the case be unsealed.

**WHEREFORE**, it is hereby **ORDERED** that the Clerk of the Court must **UNSEAL** the case.

**SO ORDERED**.

Dated: May 27, 2025

                                               s/F. Kay Behm
                                               F. Kay Behm
                                               United States District Judge