**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

CHOON'S DESIGN LLC,

      Plaintiff,

v.

AYSUM LIFE *et al.,*

      Defendants.

Case No. 2:24-cv-13321-FKB-APP
Honorable Judge F. Kay Behm
Magistrate Judge Anthony P. Patti

---

**FINAL ORDER OF DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

The court finds that it has subject matter jurisdiction and personal jurisdiction over the defaulted Defendants (the "Defaulted Defendants") as identified in **Appendix A**. Specifically, Defaulted Defendants are reaching out to do business with Michigan residents by operating one or more commercial interactive webstores through Amazon, which Michigan residents can purchase products infringing Plaintiff's patents as identified below. The court further finds Choon's Design is entitled to Judgment against the Defaulted Defendants in the amount identified in **Appendix A**. Choon's Design has demonstrated that the Defaulted Defendants have infringed and are likely to continue to infringe its U.S. Patent Nos. 8,899,631 (the "'631 Patent") and 9,750,317 (the "'317 Patent") owned by Choon's Design unless a permanent injunction is issued. Specifically, the infringing products

sold or offered for sale by Defaulted Defendants, as identified by Plaintiff in **Appendix A**, infringe at least one claim of the '631 Patent and '317 Patent. For example, Defaulted Defendants infringe claim 4 of the '631 Patent and claim 1 of the '317 Patent when comparing the plain and ordinary meaning of the claim elements to the infringing products sold or offered for sale by the Defaulted Defendants. The Court's OPINION AND ORDER GRANTING IN PART AND DENYING IN PART CHOON'S DESIGN'S MOTION FOR DEFAULT JUDGMENT (ECF No. 54) details the Court's infringement analysis and reasons for granting a permanent injunction. Furthermore, the principles of equity, as applied to the facts of this case, indicate that a permanent injunction is an appropriate remedy.

**THEREFORE**, it is **ORDERED** that Choon's Design does have and recovers the relief prayed for in its complaint as follows:

- The Defaulted Defendants are **LIABLE** for infringement of Plaintiff's '631 Patent;

- The Defaulted Defendants are **LIABLE** for infringement of Plaintiff's '317 Patent;

- The Defaulted Defendants are **ORDERED TO PAY** to Choon's Design the dollar amount listed in **Appendix A** in the column Total Default Judgment Damages;

- The Defaulted Defendants together with any agents, servants, employees, and attorneys, and such other persons in active concert with them who receive actual notice of this order, are **PERMANENTLY ENJOINED** from further infringing the '631 Patent and the '317 Patent;

- Amazon is ordered to permanently shut down the webstores listing for the sale of products identified by Choon's Design as infringing the '631 Patent and '317 Patent as identified in **Appendix A**.  Amazon is ordered to not return to Defaulted Defendants any remaining inventory of the infringing products;

- Within ten (10) business days of this order, Amazon is to identify to counsel for Choon's Design the following information for the financial accounts of the Defaulted Defendants identified in **Appendix A**: 1) the Defaulted Defendant's Amazon financial account number; 2) the Defaulted Defendant's balance in the Amazon financial account; 3) the name, address, and account number(s) of the Defaulted Defendant's external financial accounts;

- Until Choon's Design has recovered full payment of monies owed to it by the Defaulted Defendants, Choon's Design shall have the ongoing authority to serve this Order on Amazon, Walmart.com, eBay or any

other online platform, bank or other financial institution in the event that any new accounts controlled or operated by any Defaulted Defendant or those in privity with any Defaulted Defendant is identified, and require the online platform, bank or other financial institution to freeze the monetary account in each of the accounts up to the dollar amount identified as the Total Default Judgment Damages in **Appendix A**;

• Defaulted Defendants and anyone else owing monies to Plaintiff pursuant to this Order shall arrange for transfer of the funds to Plaintiff through Plaintiff's counsel Dean Amburn at email address DWA@AmburnLaw.com pursuant to Plaintiff's counsel's instructions;

• The court further Orders that service of this Order on the Defaulted Defendants and any further papers and proceedings in this action shall be by email to the email addresses identified in the Certificate of Service to Plaintiff's Motion for Default Judgment; and

• The court further Orders that pursuant to Local Rule 67.1, the bond of $10,000.00 posted by Amburn Law, PLLC on behalf of Choon's Design is hereby released and is to be returned to Amburn Law, PLLC at the address below, forthwith:

Amburn Law PLLC
400 Renaissance Center, Suite 2111
Detroit, Michigan 48243

- The Court hereby dismisses this action with prejudice, with each party to bear its own costs and fees. The Court retains jurisdiction to enforce the terms of the parties' Settlement Agreements.

  **SO ORDERED**.

Date: February 6, 2026                    s/F. Kay Behm
                                          F. Kay Behm
                                          United States District Judge

**Appendix A**

| Defaulted Defendant and Their Amazon IDs | ASIN (Product No.) of Infringing Products | Total Default Judgement Damages |
|---|---|---|
| FXHMHMJ<br>A2U720ZTV2ED8X | B0CYLY413L | $120.32 |
| Grace-store<br>A1MMZ89UK6J1LV | B0DNSWRKXL | $0.00 |
| Hdirect<br>A1WF401BXIPFL4 | B0CR5L5Y7Q | $85.32 |
| Hismo<br>A158H9U081Z4K1 | B09XB8CG8R | $12.73 |
| LeanKing<br>A1TM8CD8TH2P9K | B07WK1SL97 | $140,559.72 |
| LIN YU store<br>A2ZYGP07054SLC | B0D1G51Q4S | $9,422.92 |
| Migfun Direct<br>A364FV97GVVYW8 | B0CJNNKXB8,<br>B0CJMDR4KH | $13,060.22 |
| Pending Yunhe Trading<br>A1A195HFMQSAIE | B0DFQ42SZH | $188.78 |
| Putian Buliu Trading Co., Ltd.<br>A1QOH09SEH7TQN | B08V53JZX2 | $8,838.78 |
| SanHai bottle Industry<br>A2XXGLZIA6LZT9 | B0DLL5NQ6C<br>B0DG8YFQZR<br>B0DG8YKSNV<br>B0DG8WRYFM<br>B0DMTVWCW7<br>B0DMTWTD5H | $15,430.25 |
| SanmeiZhang<br>A28XHDZ1Y5HXF6 | B0BWJCFD9W<br>B0CNWZ6VP7<br>B0CLGQJX9D | $26,475.47 |

| Defaulted Defendant and Their Amazon IDs | ASIN (Product No.) of Infringing Products | Total Default Judgement Damages |
|---|---|---|
| Yi Tong LLC A11TZNB2TZTE8M | B09TDDCT5X B0BWJBY7BL | $293,528.42 |
| Yozaas-shop A1IANITWH3731U | B0BW6XWYKZ | $8.46 |
| Zhumadian Lunzheng Trading Co., Ltd. A1HNLHR7DGO8Z2 | B08V53JZX2 | $21,207.48 |